Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

Western Division

| | |
|---|---|
| Larry S. Prairie Chicken <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Xavier Becerra <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 5:22-CV-5065 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Larry S. Prairie Chicken |
   | Street Address | 1610 N. Terrace Place |
   | City and County | Rapid City Pennington |
   | State and Zip Code | South Dakota 57701 |
   | Telephone Number | 605.545.1854 |
   | E-mail Address | larry.prairie@yahoo.com |

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
    Name: Xavier Becerra
    Job or Title (if known): Secretary US Dept of Health and Human Services
    Street Address: 200 Independence Ave. SW
    City and County: Washington DC District of Columbia
    State and Zip Code: District of Columbia 20201
    Telephone Number: 877.696.6775
    E-mail Address (if known): xavier.becerra@hhs.gov

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Rapid City Service Unit - Sioux San Hospital |
| Street Address | 3200 Canyon Lake Drive |
| City and County | Rapid City Pennington |
| State and Zip Code | South Dakota 57701 |
| Telephone Number | 605.355.2500 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Page 4 – Agency File No.: HHS-IHS-

## VI. Claim(s) of Alleged Discrimination: (Check all that apply and provide date of occurrence.)

- ☐ APPOINTMENT/HIRE  Date:
- ☐ DUTY HOURS  Date:
- ☐ PAY INCLUDING OVERTIME  Date:
- ☒ RETIREMENT  Date: 8/6/19

- ☐ ASSIGNMENT OF DUTIES  Date:
- ☒ EVALUATION/APPRAISAL  Date:
- ☒ PROMOTION/NON-SELECTION  Date: 6/6/19
- ☒ TERMINATION – RIF  Date: 8/6/19

- ☐ AWARDS  Date:
- ☐ EXAMINATION/TEST  Date:
- ☐ REASONABLE ACCOMODATION  Date:
- ☐ TERMS/CONDITONS OF EMPLOYMENT  Date:

- ☐ CONVERSION TO FULL TIME  Date:
- ☐ MEDICAL EXAMINATION  Date:
- ☐ REINSTATEMENT  Date:
- ☐ TIME AND ATTENDANCE  Date:

- ☐ DISCIPLINARY ACTION
- ☐ HARRASSMENT
- ☐ REASSIGNMENT
- ☐ TRAINING  Date:

- ☒ Demotion
- ☒ Removal
- ☐ Reprimand
- ☐ Suspension

- ☐ Sexual
- ☐ Non-Sexual

- ☐ Denied
- ☐ Directed

- ☐ OTHER

Date: _____   Date: _____   Date: _____   Date: _____

## VII. Claim(s) Narrative: (Provide a brief summary of each of the claim(s).

① Forced retirement began 10/23/18 when Emily Williams came from Aberdeen & met with Supervisors – Michael Williams, Josephine Chase + BH Staff to inform staff of retirement dates. Also reported "we can't fire you" + discussed options.

② Directives from AAO + RC-IHS to not inflate PMAP scores. My PMAP previous years never fell below 3.0. My 2019 was deflated to 2.5 in which I did not agree with + did not sign. Non-selection began for an IPA for continuing employment. I requested a change in PMAP score to 3.0 or higher to continue employment with IHS + retain my pay + benefits. As a consequence, I was not provided with an IPA + instead received a RIF notice. Dr. Michael Williams asked me to provide numbers, which I did + do have documentation of numbers + contacts to change my PMAP score. When asked about the PMAP, Dr. Williams, Dr. Chase + Emily Williams ignored my documentation + knew they wanted to rid me + my position of 28 years here at Rapid City IHS. Dr. Williams, Dr. Chase + Emily Williams retained employees who they favored with PMAP scores, which did not reflect – I believe they discriminated based on age + I am claiming Indian Preference. It is apparent to me there can be no objectivity with my case + possibly others in the

Page 5 – Agency File No.: HHS-IHS-

Continued - VII. Claim(s) Narrative:

BH Department at RC-IHS. As Dr. Michael Williams was Emily Williams Supervisor at Rosebud IHS Hospital + now Emily Williams is Dr. Michael Williams Supervisor. Dr. Chase has business ties with Dr. Michael Williams spouse.

I believe the work I have been doing for many years is also targeted as a meeting on 02/08/2019 with Emily Williams, Dr. Michael Williams, + Dr. Chase indicated they had no idea how my position came about + where the recurring dollars for my position developed. I provided the history to them + informed them my position description and duties originated as a RC-IHS Hospital in Social Services + not in the inpatient Psychiatric Unit. My former Supervisor can attest to this. The recurring dollars came from IHS-Headquarters, Washington D.C. specifically for outpatient alcohol + drug services for Sioux San Hospital. This did not + has not changed with any Personnel Action Notices. Another area they based downgrading my PMAP, was I no longer provided a Matrix IOP Methamphetamine Tx Program. The reason for no longer having the program was: Aberdeen Area BH discontinued our transportation services which provided services to numerous pts as they lived far from the hospital. Another reason they downgraded my PMAP, they stated was because it was taking me longer to complete substance use disorders Assessments. I requested for AAO-BH to pay an annual AccuCare ADI web-based assessment + they declined stating it was cloud-based + IT would not approve + they denied payment, although I began using the assessment package since 1994. Documentation can be provided for these incidents as well as lack of supervision in not providing training in EHR. I did receive training from Psychiatric Care Providers in documentation in BPMS. BH-GUI. However, NO training was offered or provided from current Supervisors.

Continued - VII. Claim(s) Narrative.

The current Supervisors never provided information as to the origination of downgrading my PMAP and ending the Rehabilitation Aftercare Specialist Position. Current Supervisors remained quiet, played dumb and had the notion and information they were ridding me of a job by claiming to abolish my position. My documentation attests to the fact they did not respond to my requests for review of my patient contact numbers and changing of my PMAP score for eligibility for an IPA and continuing employment.

In addition, current Supervisors + Great Plains Area Behavioral Health Directors do not know what my job duties and the time frames for completing 12 Core Functions and eight practice dimensions + time are needed to provide clinical services to our clientele in order to provide the best possible care.

There has been collusion between the three Supervisors and others in the hierarchy of Rapid City IHS.

I have been discriminated because of age, Indian Preference, & sex, as the Female(s) are allowed to continue with IPA's and employment even though other staff have to cover for one employee in particular because of absences. Ms. Chase stated having to cover for her which she stated was "teamwork." This was brought to the attention of Dr. Michael Williams, but the absences have continued which constitutes preferential treatment.

In addition, one Caucasian employee stated in a staff meeting she did not receive an IPA. Dr. Michael Williams stated he would like to meet with her afterward on another matter. A few days later she stated she did not scroll down far enough in her e-mails


Continued - VII. Claim(s) Narrative

And she found her e-mail stating she had an IPA. Resolution and remedies will be discussed with the EEO Investigator. I am choosing to file the EEO complaint rather than Union Bargaining Policies as there is no movement by LIUNA.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
Attached statements from EEO Inquiry Pages 000029-000032. Each claim is numbered.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
March 15, 2019; June 6, 2019;

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [ ] color _____
- [x] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [x] age *(year of birth)* 1951 *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

June 11, 2019

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* April 27, 2022.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Performance Measurement Assessment Plan (PMAP) score to be raised to a 3.
2. granted an IPA with continuing employment at the Rapid City Health Facility in current position with same pay and grade. 3. 3 years of salary + Benfits or $200,000 4. Attorney Fees

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 26, 2022

Signature of Plaintiff

Printed Name of Plaintiff    Larry S. Prairie Chicken

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Larry S. Prairie Chicken

**DEFENDANTS**
Xavier Becerra

**(b)** County of Residence of First Listed Plaintiff: Pennington
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: District of Columbia
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: None

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- [x] 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act of 1964
Brief description of cause:
Employment Discrimination

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 200,000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____