UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| LARRY PRAIRIE CHICKEN,<br><br>Plaintiff,<br><br>vs.<br><br>XAVIER BECERRA, SECRETARY US DEPT OF HEALTH AND HUMAN SERVICES, IN HIS OFFICIAL CAPACITY;<br><br>Defendant. | 5:22-CV-05065-RAL<br><br>SUMMARY JUDGMENT FOR DEFENDANT ON REMAINING CLAIMS |

Based on the Opinion and Order Granting Defendant's Motion for Summary Judgment and the reasons contained therein, it is hereby

ORDERED, ADJUDGED, AND DECREED that summary judgment under Fed. R. Civ. P. 56 enters for Defendant and against Plaintiff on Plaintiff's Title VII and ADEA claims.

DATED this 12th day of February, 2025.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE